**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6231**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GERALD DAMONE HOPPER,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Thomas A. Wiseman, Jr., District Judge. (CR-95-119-1, CA-96-217-3)

———————

Submitted: September 30, 1999      Decided: October 13, 1999

———————

Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Gerald Damone Hopper, Appellant Pro Se. Robert James Conrad, Jr., Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Damone Hopper seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See United States v. Hopper, Nos. CR-95-119-1; CA-96-217-3 (W.D.N.C. Jan. 8, 1999). In addition, we note that Hopper's claims that his counsel provided him with ineffective assistance on appeal are meritless. See McKaskle v. Wiggins, 465 U.S. 168, 183 (1984); see also United States v. Gillis, 773 F.2d 549, 559 (4th Cir. 1985). We therefore deny Hopper's motions to proceed in forma pauperis on appeal, to appoint counsel, to supplement the record, and to publish this opinion. We also deny Hopper's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED

2